UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                         Criminal No. 25-cr-20543

v.

                         Honorable Judith E. Levy

D-1 Cemhan Biricik,
D-2 Martin Perlin,
      Defendants.

_____/

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves for an order unsealing the
Indictment and Arrest Warrant  in this case, and states:

1. The Indictment and Arrest Warrant in this case charges the Defendants
   with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which
   authorizes this Court to seal indictments, implicitly authorizes this Court
   to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be
   unsealed because defendants have been arrested and is entitled to receive
   a copy of the Indictment and Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney


*s/Regina McCullough*
Regina McCullough  P64936
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
regina.mccullough@usdoj.gov
(313) 226-9618

Dated:  July 31, 2025


**IT IS SO ORDERED.**

s/David R. Grand
David R. Grand
United States Magistrate Judge

Entered: July 31, 2025