

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                          CRIMINAL NO. 25-CR-20543

vs.                        HONORABLE JUDITH E. LEVY

D-2   Dr. MARTIN PERLIN,

        Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

     I, Dr. MARTIN PERLIN, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

     I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count 1: | Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349 - Up to 10 years' imprisonment, a $250,000 fine, or both. |
| Counts: 2-59: | Health Care Fraud in violation of 18 U.S.C. § 1347 - Up to 10 years' imprisonment, a $250,000 fine, or both. |

*/s/ Martin Perlin*
_____
Dr. MARTIN PERLIN
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Date 8/14/23

RONALD W. CHAPMAN, II
Counsel for Def. Dr. MARTIN PERLIN

2