UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

United States of America,
                Plaintiff

     v.

CEMHAN BIRICIK,
                Defendant

_____/

Case No. 25-cr-20543

Honorable Judith E. Levy

## **APPEARANCE OF LOCAL COUNSEL**

To: The Clerk of Court and All Parties of Record,

    I am admitted to practice in this Honorable Court, and I appear in this case as local counsel for **CEMHAN BIRICIK.**

Respectfully submitted,

*s/ John Freeman*
JOHN FREEMAN, P71450
Law Office of John Freeeman, PLLC
1760 S. Telegraph Rd., Ste 303
Bloomfield Hills, MI 48302
john@formerfedlawyer.com
(248) 250-9950
(248) 250-9897 (fax)

Dated: August 26, 2025