

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                CRIMINAL NO. 25-CR-20543

vs.              HONORABLE JUDITH E. LEVY

D-1   CEMHAN "JIMMY" BIRICIK,

       Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, CEMHAN BIRICIK, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count 1: | Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349 - Up to 10 years' imprisonment, a $250,000 fine, or both. |
| Counts: 2-59: | Health Care Fraud in violation of 18 U.S.C. § 1347 - Up to 10 years' imprisonment, a $250,000 fine, or both. |

                              _____
                              CEMHAN BIRICIK
                              Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Date 10/3/25

TODD A. SPODEK
Counsel for Def. CEMHAN BIRICIK

2