# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,     Case No. 25-cr-20543-1

v.     Judith E. Levy
United States District Judge

Cemhan Biricik,

    Mag. Judge Kimberly G. Altman

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR REVOCATION OF THE ORDER OF DETENTION [24]

This case is before the Court on Defendant Cemhan Biricik's motion for revocation of the order of detention. (ECF No. 24.) On October 28, 2025, a hearing was held and oral argument was heard. For the reasons set forth on the record, Defendant's motion is GRANTED.

IT IS SO ORDERED.

Dated: October 28, 2025     s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
        United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 28, 2025.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager