- **x8615**:
    - Tier One
    - $47M in direct payments
    - Spending details:
        - $11M Biricik credit cards
        - $103K Rivian
        - $373K Bentley
        - $110K Bronco Raptor
        - $41K Bronco Sport
        - $113K to personal acct **x5125**

- **x3722**:
    - Tier One
    - $681K in direct payments

- **x5031**
    - Opened 3/23 Biricik signator
    - Rec'd 20 mill from **x8615**
    - 359K Lambo
    - From 4/24 to 5/34, sent 11 mill to two brokerage accts 325K to Mavric x2663

- Mavric **x2663**:
    - *Preexisting Biricik corp acct from 12/11/20*
    - Mavric incorporated 5/20 Wyoming
    - Separate customer base and income
    - Rec'd 2 mill from **x8615** and **x3722** from 2022-2023
    - Rec'd 325K from **x5031**
    - Purchase Audi Q3 44K 7/22/23

- **x5125**
    - Personal acct opened 1/27/23
    - Rec'd 3 mill brokerage acct **985-10771**
    - Rec'd 2 mill **x5031**
    - Rec'd 113K **x8615**
    - Rec'd 219K Gusto payroll acct
    - Rec'd 120K Bit Byte and WebDev
    - Three transfers to 3d party trusts Sept/Oct 2024 home purchase

- Fast Doc **x5660**
    - Opened 8/23
    - Received 166K from **x8615**

**October 2024.  Main Tier One Accounts Closed**.

- Truist **x1794**
    - Opened 10/31/24

- New Tier One
- Rec'd 106K direct payments thru 5/25
- Rec'd 190K from **x2316** and **x1816**

☐ Truist **x1808**
- Opened 10/31/24
- New Tier One
- Rec'd 237K direct payments
- 513K in transfers from **x1794** and **x8615**

☐ Truist **x2316**
- Opened 1/31/25
- Rec'd 135K direct payments
- Rec'd $2600 **x1794**
- Rec'd $5500 **x1816**

☐ Truist **x1816**
- Opened 10/31/24
- Rec'd 265K from **x1794**
- Rec'd 590K from **x1808**

☐ Truist **x1798**
- *Preexisting Biricik acct*
- Opened 7/5/19
- Limited Government Records from 1/23 to 11/24
- Rec'd 5.5 mill **x8615** and **x3722**
- Rec'd 3 mill JP brokerage **985-10771**
- Balance $16.73 Nov 2024

☐ JP Morgan Chase Brokerage **x985-10771**
- Held in name of Fast Lab
- 5/7/24 to 9/30/24
- Rec'd 4 mill **x5031**

☐ Robinhood Brokerage **x825420838**
- Held in name of Biricik
- Opened 7/29/19
- Rec'd 958K from Mavric **x2663**
- $1.1 mill in transfers and deposits, source unidentified
- $5.6 mill in deposits and transfers to **x985-10771**

☐ Morgan Stanley **x1145 (**$4.5 mill)
☐ Morgan Stanley **x1585 (**$134,736.48)
☐ Morgan Stanley x**1785 (**84,143.60)
- No data as to opening and closing dates of any

- Government infers these accounts funded by Chase and Robinhood accts because "Cemhan Biricik emailed his Chase and Robinhood statements to Morgan Stanley at the time of account opening, for the apparent purpose of transferring balances." Para 177.
- Doesn't establish only tainted funds comprised Chase and Robinhood
- Used to purchase Cirrus 1.1 mill 1/25

☐ JP Morgan Chase **x756-11453**,
- in the name of Cemhan Biricik and Isabel Biricik
- had $5,819,677.84 at the end of November 2024 but only $94.53 by December 2024.
- No info as to its receipt or transfer of fraud-related funds.

☐ Social Financial Bank **x4602**
- Personal checking of Cemhan Biricik and Isabel Biricik
- No info opening or closing dates
- One transfer 61K from x5125

☐ Social Financial Bank **x7728**
- received two transfers $74,500.00 from Robinhood Brokerage at **x310043217728**
- Robinhood tainted bc it rec'd Mavric funds.

☐ SunTrust **x2295**
- Opened 12/18/20
- Signators Ciricik and wife
- Rec'd 100k from Truist x1808 (Tier One, rec'd direct payments)

☐ JP Morgan **x5978** (Bit Byte)
- Opened 4/4/23
- Signators Biricik and wife
- Rec'd $247K from Gusto, which rec'd $ from x8615 and x3722
- Cashiers check 111K to for BMW 9/13/24

☐ JP Morgan  x5660 (FastDoc)
- Opened 8/14/23
- Biricik signator
- Rec'd 166K from x8615 9/23 to 10/24

[Six JP Morgan Chase bank accounts (x1005, x7733, x3500, x4773, x2609, x5663 and x5998) all Hasan/Murat controlled accounts]
[Bank of America Bank Account 009439190411 held by Martin Perlin]