THE LAW OFFICE OF JEFF CHABROWE
521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

September 15, 2026

Hon. Judith E. Levy
United States District Court
Eastern District of Michigan
231 W Lafayette Blvd
Detroit, MI 48226

Re: *USA v. Cemhan Biricik,* Case No. 5:25-cr-20543-JEL
Letter Motion for Modification of Bail Conditions

Dear Judge Levy:

I respectfully request that Mr. Biricik be permitted to travel to Gainesville, Florida (ZIP Code 32608), from September 16 through September 17, for a professional photoshoot. During this time, he is scheduled to photograph a professional portrait of four people. Pretrial Services does not oppose this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Jeff Chabrowe

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Cemhan Biricik***

CC: Regina R. McCullough, Esq.
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
Email: regina.mccullough@usdoj.gov