UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 5:25-cr-20543
Honorable Judith E. Levy

vs.

D-1 Cemhan "Jimmy" Biricik,
D-2 Dr. Martin Perlin,
D-3 Hasan "Lucas" Seyhun,

Defendants.

---

**Second Forfeiture Bill of Particulars**

---

The United States, by and through its counsel, submits this Second Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the First Superseding Indictment (ECF No. 72) and to provide notice of additional specific property the government intends to forfeit upon conviction of Defendant D-1 Cemhan "Jimmy" Biricik.

The property identified for forfeiture in this Second Forfeiture Bill of Particulars is in addition to that property already identified in the First Forfeiture Bill of Particulars.

Pursuant to 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(7), the United States intends to forfeit the following property:

- All that certain piece or parcel of land situate, lying and being in the Borough of Clarks Summit, County of Lackawanna and State of Pennsylvania, and being known as Lot No. 26 of “Woodside Development, Quackenbush Estate Section B”, as surveyed by George F. Oehler Registered Engineer, recorded in Plan Book 11, Page 5, bounded and described as follows, to wit:

  BEGINNING at a point in the Southerly line of West Grove Street, said point forty-seven (47) feet measured Westerly along the Southerly line of West Grove Street from its point of intersection with the Southwesterly line of Grandview Street; thence along the division line between Lot 26 and Lot 27, South twelve degrees forty-four minutes West (S 12° 44’ W) a distance of one hundred twenty-seven (127) feet, more or less, to a point in the Northeasterly line of Lower Woodside Drive; thence, in a Southeasterly direction on a curve to the right, having a radius of two hundred fifty-five (225) feet, an arc distance of thirty-three (33) feet, more or less, to a point; thence along the division line between Lot 26 and Lot 25A, North thirty-six degrees thirty-seven minutes East (N 36° 37 E) a distance of twenty (20) feet to a point; thence along the division line between Lot 25 and Lot 26, North fifty-six degrees thirty-seven minutes East (N 56° 37’ E) a distance of one hundred ten and three-tenths (110.3) feet to a point in the Southwesterly line of Grandview Street; thence along the Southwesterly line of Grandview Street, North forty-two degrees twenty minutes West (N 42° 20’ W) a distance of eighty-one and fifty-one hundredths (81.51) feet to a point in the Southerly line of West Grove Street; thence along the Southerly line of West Grove Street, North eighty-one degrees five minutes West (N 81° 5’ W) a distance of forty-seven (47) feet to the place of beginning.

  COMMONLY KNOWN AS: 102 Grandview Street, Clarks Summit, Pennsylvania 18411

CLARKS SUMMIT UPI ID: 10011 010 01600

TITLED TO: Cemran M. Biricik

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment, pursuant to Title 21, United States Code, Section 853(p).

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: September 15, 2026

## Certification of Service

I hereby certify that on September 15, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov