UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 5:25-cr-20543
Honorable Judith E. Levy

v.

D-1 Cemhan "Jimmy" Biricik,
D-2 Dr. Martin Perlin,
D-3 Hasan "Lucas" Seyhun,

Defendants.

---

**Notice of Change of Assistant U.S. Attorney**

---

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following change of Assistant U.S. Attorneys of record for the above-captioned case:

***Add the following AUSA:***

Name: Jessica A. Nathan
Bar ID: TX 24090291
Telephone: (313) 226-9643
Fax: (313) 226-2311
Email: Jessica.Nathan@usdoj.gov

***Terminated the following AUSA:***

Name:
Bar ID:
Telephone:
Fax:
Email:

S/Jessica A. Nathan
Jessica A. Nathan (TX 24090291)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov

Dated: September 23, 2026